## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**STEPHEN KNUTH,**
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.    **Case No.:**   8:25-cv-00707

**INSURIFY, INC,**

    Defendant.

_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: March 21, 2025

        Respectfully Submitted,

        /s/ Gerald D. Lane, Jr.            .
        **FAARIS K. UDDIN, ESQ.**
        Florida Bar No.: 1054470
        E-mail: faaris@jibraellaw.com
        **ZANE C. HEDAYA, ESQ.**
        Florida Bar No.: 1048640
        E-mail: zane@jibraellaw.com
        **GERALD D. LANE, JR., ESQ.**
        Florida Bar No.: 1044677
        E-mail: gerald@jibraellaw.com
        The Law Offices of Jibrael S. Hindi
        1515 NE 26th Street,
        Wilton Manors, Florida 33305

        *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

s/ Gerald D. Lane, Jr.           .
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677

*COUNSEL FOR PLAINTIFF*