UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 8:25-cv-00707-CEH-NHA

**STEPHEN KNUTH,**
*individually and on behalf of all others similary situated*,

    Plaintiff,

vs.

**INSURIFY, INC,**

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Stephen Knuth, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice in the above styled action.

DATED: 5/20/2025

                                    Respectfully Submitted,

                                    /s/ Gerald D. Lane.
                                  **GERALD D. LANE, JR., ESQ.**
                                  Florida Bar No.: 1044677
                                  E-mail: gerald@jibraellaw.com
                                  The Law Offices of Jibrael S. Hindi
                                  1515 NE 26th Street
                                  Wilton Manors, FL 33305
                                  Phone:754-444-7539
                                  Fax:855-529-9540

                                  *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **14**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 5/20/2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    Respectfully Submitted,

    /s/ Gerald D. Lane..
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com

PAGE | **2** of **14**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com